UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 13  P 1:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>           Petitioner )<br>            )<br>V. )<br>            )<br>JEFFREY DEWALLACE )<br>            )<br>           Respondent ) | M.B.D. No.<br>**04 MBD 10292** |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Patricia Casey-Ortiz is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Jeffrey DeWallace resides or is found at 196 North Road, Sudbury, Massachusetts 01776 within the jurisdiction of this Court.

4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return. For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to making the return.

5. On February 25, 2004, Revenue Officer Patricia Casey-Ortiz issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Jeffrey DeWallace, directing him to appear before Revenue Officer Patricia Casey-Ortiz at 118 Turnpike Road, Suite 100 Southborough, MA 01772 at 10:00 A.M. on March 23, 2004 and to produce for examination (and give testimony relating to) documents and financial records for the year(s) ending December 31, 2000, December 31, 2001 and December 31, 2002.

A copy of the Summons is attached to this Petition as "Exhibit A". On February 25, 2004, Revenue Officer Patricia Casey-Ortiz served the Summons on Jeffrey DeWallace by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Patricia Casey-Ortiz signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

6. Jeffrey DeWallace has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Jeffrey DeWallace for examination by an officer of the Internal Revenue Service is necessary to make federal income tax returns for the year(s) ending December 31, 2000, December 31, 2001 and December 31, 2002.

WHEREFORE, the petitioners pray that:

1. Jeffrey DeWallace be ordered to show cause, if any he has, why he should not obey the Summons;

2. Jeffrey DeWallace be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Patricia Casey-Ortiz or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282



EXHIBIT A

# Summons

In the matter of **Jeffrey DeWallace, 196 North Road, Sudbury, MA 01776**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 1**

Periods **Calendar years ended December 31, 2000; December 31, 2001; and December 31, 2002**

### The Commissioner of Internal Revenue

To   **Jeffrey DeWallace**

At   **196 North Road, Sudbury, MA 01776**

You are hereby summoned and required to appear before **Patricia Casey-Ortiz**, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Calendar years ended December 31, 2000; December 31, 2001; and December 31, 2002**, including but not limited to: statement of wages for the year(s) **Calendar years ended December 31, 2000; December 31, 2001; and December 31, 2002**, statements regarding interest or dividend income for the year(s) **Calendar years ended December 31, 2000; December 31, 2001; and December 31, 2002**; employee earnings statements for the year(s) **Calendar years ended December 31, 2000; December 31, 2001; and December 31, 2002**; records of deposits to bank accounts during the year(s) **Calendar years ended December 31, 2000; December 31, 2001; and December 31, 2002**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Calendar years ended December 31, 2000; December 31, 2001; and December 31, 2002** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

118 Turnpike Road, Suite 100, Southborough, MA 01772   508-460-0406

**Place and time for appearance at:**   118 Turnpike Road, Suite 100, Southborough, MA 01772

on the  23rd  day of  March , 2004 at 10 o'clock A m.

Issued under authority of the Internal Revenue Code this 25th day of February, 2004

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

_Patricia Casey Ortiz_
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer *(if applicable)*

Title

**Original** -- to be kept by IRS