**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA          )
                    Petitioner          )
                                        )
          V.                            )          M.B.D.  No.
                                        )
JEFFREY DEWALLACE                 )
                    Respondent          )          **04** MBD **10292**

## AFFIDAVIT OF REVENUE OFFICER

    I, Patricia Casey-Ortiz, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Jeffrey DeWallace, are true to the best of my knowledge and belief.

                            Revenue Officer
                            Internal Revenue Service

    On this 15 day of June ,2004 before me, the undersigned notary public, personally appeared Patricia L Casey-ortiz , proved to me through satisfactory evidence of identification, which were _____ MA. Drivers License to be the person whose name is signed on this document in my presence.

My Commission expires: _____          Kathleen Krista
                                   NOTARY PUBLIC

    *My Commission Expires August 9, 2007*