UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.B.D. No.
04-10292-NMG
04-10296-NMG

UNITED STATES OF AMERICA

Plaintiff

v.

JEFFREY DEWALLACE
RICHARD EARLY, III

Defendants

ORDER TO SHOW CAUSE

November 10, 2004

COHEN, M.J.

The above-named defendants shall appear before this court on MONDAY, DECEMBER 6, 2004 to show cause why this court should not recommend that they be held in contempt of court for failure to comply with the summons previously issued to them by the Internal Revenue Service.

In the event that a defendant named above does not appear as required, this court will issue a warrant of arrest for that defendant.

So Ordered.

/s/ Lawrence P. Cohen
UNITED STATES MAGISTRATE JUDGE

Case 1:04-mc-10292-NMG     Document 4     Filed 11/12/2004     Page 2 of 2