UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
            Petitioner,             )
                                    )
v.                                  )   M.B.D. No. 04-MC-10292
                                    )
JEFFREY DeWALLACE,                  )
            Respondent.             )
                                    )
_____)

**ORDER ENFORCING INTERNAL
<u>REVENUE SERVICE SUMMONS</u>**

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Lawrence P. Cohen for a hearing on December 6, 2004, and the respondent, JEFFREY DeWALLACE, not having shown any cause why he should not obey the Summons issued to him on February 25, 2004:

IT IS ORDERED that JEFFREY DeWALLACE obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Patricia Casey-Ortiz or any other officer of the Internal Revenue Service authorized to examine the records and take JEFFREY DeWALLACE testimony on or before January 7, 2005 at 2:00 AM/PM at the office of the Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough, MA 01772, Tel. #(508)460-0406. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2005