| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 04-MC-10292-NMG/LPC |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JEFFREY DEWALLACE | ORDER TO SHOW CAUSE |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Jeffrey DeWallace
  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 196 North Road, Sudbury, MA 01776

*FILED IN CLERK'S OFFICE 2005 MAR 16 P 3:48 U.S. DISTRICT COURT DISTRICT OF MASS*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anton P. Giedt, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA  02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before  3/11 , 2005

*2005 FEB -8  P 3:33  RECEIVED U.S. MARSHAL SERVICE BOSTON, MA*

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3282 | DATE<br>1/26/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>*Nancy Ialuniea* | Date<br>2/9/05 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Jeffrey DeWallace  Fathe

Address (complete only if different than shown above)
56 Dakin Rd
Sudbury

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/10/05   Time: 3:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>90.00 | Total Mileage Charges (including endeavors)<br>15.33 | Forwarding Fee<br>— | Total Charges<br>105.33 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
2/24/05  1 USM / 1 way / 1 hr  no ans