AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Jeffrey DeWallace | |

CASE NUMBER: 04-MC-10292-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jeffrey DeWallace___
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

___Craig NICEWICZ___
Name of Issuing Officer

___Courtroom Clerk___
Title of Issuing Officer

___[signature]___
Signature of Issuing Officer

___4/1/05___ ___Boston, MA___
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |