UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,    )
        Petitioner           )
                             )    M.B.D. No. 04-MC-10292-NMG
v.                           )
                             )
JEFFREY DeWALLACE,           )
        Respondent           )
```

**MOTION TO WITHDRAW FINDING OF CONTEMPT AND ORDER OF ARREST**

1.  On April 1, 2005, this Court issued a Finding of Contempt and Order of Arrest against Jeffrey DeWallace, as follows:

    "It is hereby ORDERED that the United States Marshal for the District of Massachusetts, any of his deputies, and any authorized officer arrest JEFFREY DeWALLACE and bring him forthwith before the Court for the purpose of imposing a fine or ordering that he be held in jail, or both, until such time as his contempt is purged."

2.  The Government states that Jeffrey DeWallace has appeared at the offices of the Internal Revenue Service and purged himself of contempt.

    THEREFORE, the Government requests that the Finding of Contempt and Order of Arrest be withdrawn.  A proposed form of

Order of Withdrawal is attached for the Court's convenience.

                                            Respectfully submitted,
                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                    By:  */s/ Anton P. Giedt*
                                            Anton P. Giedt
                                            Assistant U.S. Attorney
                                            John Joseph Moakley
                                            United States Courthouse
                                            1 Courthouse Way, Suite 9200
Date: April 12, 2005               Boston, MA  02210
                                            617-748-3100