**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,　　)<br>　　　　Petitioner　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>JEFFREY DeWALLACE,　　　　　)<br>　　　　Respondent　　　　　　 ) | **M.B.D. No. 04-MC-10292-NMG** |

### ORDER

Upon consideration of the United States' Motion to Withdraw the Order of Contempt and Arrest Warrant, and finding good cause therefor, it is hereby:

ORDERED that the Order of Contempt and Arrest Warrant be withdrawn.

DONE AND ORDERED this　　　　　　Day of　　　　　　, 2005.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANIEL M. GORTON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE