**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,        )
      Petitioner        )
                        )        **M.B.D. No. 04-MC-10292-NMG**
                        )
v.        )
                        )
JEFFREY DeWALLACE,        )
      Respondent        )

## ORDER

Upon consideration of the United States' Motion to Withdraw the Order of Contempt and Arrest Warrant, and finding good cause therefor, it is hereby:

ORDERED that the Order of Contempt and Arrest Warrant be withdrawn.

DONE AND ORDERED this   *12th*   Day of *April*   , 2005.


_____
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE