AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA
V.
Jeffrey DeWallace

**WARRANT FOR ARREST**

CASE NUMBER: 04-MC-10292-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jeffrey DeWallace__
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

__Craven-Niewicz__
Name of Issuing Officer

__Courtroom Clerk__
Title of Issuing Officer

__[signature]__
Signature of Issuing Officer

__4/1/05    Boston, MA__
Date and Location

RECEIVED
2005 APR -4 A 6:33
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

4/19/05  warrant withdrawn by Judge